UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

VICTOR MAURINO                                                                              PETITIONER
Reg #81818-004

V.                                    No. 2:22-CV-194-BSM-JTR

JOHN P. YATES, Warden,
FCI Forrest City Low                                                                      RESPONDENT

### RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Miller may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Discussion

On October 24, 2022, Petitioner Victor Maurino ("Mr. Maurino"), an inmate in the Federal Correction Institute in Forrest City, Arkansas, filed this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging the Bureau of Prison's failure to apply the Earned Time Credits section of the First Step Act of 2018 to non-

United States citizens. *Doc. 1*. After Mr. Maurino paid the $5.00 filing fee, the Court ordered service of the Petition. *Doc. 4*.

On November 28, 2022, Respondent Yates filed a Response arguing, in part, that the Petition should be dismissed because Mr. Maurino failed to exhaust his administrative remedies through the Bureau of Prisons. *Doc. 6*.

In reply, Mr. Maurino filed a Voluntary Motion to Dismiss, in which he acknowledges that he failed to exhaust his administrative remedies. *Doc. 8*. Mr. Maurino asks that the Court "dismiss his § 2241 Petition on the terms that he may re-file…after the completion and exhaustion of his administrative remedies." *Doc. 8*.

To allow Mr. Maurino to properly exhaust his administrative remedies, the Court recommends that his Voluntary Motion to Dismiss be granted, and this action be dismissed.

## II.   Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Maurino's Voluntary Motion to Dismiss (*Doc. 8*) be GRANTED.

2. Mr. Maurino's Petition for Writ of Habeas Corpus (*Doc. 1*) be DISMISSED, *without prejudice*.

3. Judgment be entered accordingly, and this case be CLOSED.

DATED this 27th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE