IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**VICTOR MAURINO**                                                                                          **PETITIONER**
*Reg. #81818-004*

v.                              CASE NO. 2:22-CV-00194-BSM

**JOHN P. YATES, Warden,**
**FCI Forrest City Low**                                                                                   **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 9] is adopted. Victor Maurino's voluntary motion to dismiss [Doc. No. 8] is granted and his habeas petition is dismissed without prejudice.

IT IS SO ORDERED this 20th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE