IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**VICTOR MAURINO**  **PETITIONER**
*Reg. #81818-004*

v.  CASE NO. 2:22-CV-00194-BSM

**JOHN P. YATES, Warden,**
**FCI Forrest City Low**  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE